

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jacob Heric*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*          main: (973) 645-2700
*Newark, NJ 07102*                     direct: (973) 645-2709
jacob.heric@usdoj.gov

May 28, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      **Re:**   *Asanza Pacheco v. Soto,* **Civ. No. 26-4634 (MCA)**
              **Confirmation of Petitioner's Release**

Dear Judge Arleo:

      This Office represents Respondents in this habeas matter.  We write pursuant to the Court's May 28, 2026, Text Order, ECF No. 5, to confirm that U.S. Immigration and Customs Enforcement (ICE) has informed this Office that Petitioner was released from ICE custody on Thursday, May 28, 2026, at approximately 10:20 a.m.  Therefore, we respectfully request that the Court close this case and lift all restrictions.

      Thank you for your continued attention to this matter.

                       Respectfully submitted,

                       ROBERT FRAZER
                       United States Attorney

      By:     */s/ Jacob E. Heric*
             JACOB E. HERIC
             Special Assistant U.S. Attorney
             *Attorneys for Respondents*

cc:     All counsel of record (via ECF)

             Case shall be closed.
           SO ORDERED

            *s/Madeline Cox Arleo*
           MADELINE COX ARLEO, U.S.D.J.

           Date:  6/1/26